## General Electric Credit Corp. *v.* J. Ray Patterson, Inc., Appellant.

Argued June 11, 1970. *Edward Kassab,* with him *Kassab, Cherry, Curran and Archbold,* for appellant; *John S. Roberts, Jr.,* with him *MacCoy, Evans & Lewis,* for appellee.

Order affirmed.

MONTGOMERY, JACOBS and HOFFMAN, JJ., would reverse and remand for further consideration of the issues raised by the petition to strike rather than on the issue of res adjudicata.

## Kutner Buick, Inc., Appellant, *v.* Rizzo. Pollow et al., Appellants, *v.* Rizzo.

Argued June 10, 1970. *Sidney Schulman,* with him *Harold M. Rappaport,* and *Rappaport, Magil, Schulman & Schloss,* for appellant, Kutner Buick, Inc.; *Charles H. Greenberg,* with him *Robinson, Greenberg, Lipman, Kattelman & Bonavitacola,* for appellant, Marv Pollow Chevrolet; *Benjamin H. Levintow,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order and decree affirmed in both appeals.